IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BOBBY M. BRYANT,

    Plaintiff,

v.                                           No. 1:02-cv-1034-T

AMERICAN UNITED LIFE INSURANCE
COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have resolved their differences and settled this cause and the parties agree that this cause in all respects can and should be dismissed with prejudice. The parties have filed a Stipulation of Dismissal with Prejudice.

It is, therefore, ORDERED, that this cause in all respects shall be and hereby is dismissed with prejudice.

This 18th day of December, 2003.

                                                              /s/ James D. Todd
                                                         JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12-18-03

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 1:02-CV-01034 was distributed by fax, mail, or direct printing on December 18, 2003 to the parties listed.

---

Terry J. Leonard
LAW OFFICES OF TERRY J. LEONARD
126 West Main St.
P.O. Box 130
Camden, TN 38320

Nancy Matthews
Nancy Matthews
Clerk and Master
Madison County Chancery Court
Jackson,  38301

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Jeffrey A. Smith
SMITH LAW FIRM
P.O. Box 462
101 W. Court Square
Trenton, TN 38382

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
P.O. Box 1147
105 S. Highland Avenue
Jackson, TN 38302

Beth H. DuPree
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303

Honorable James Todd
US DISTRICT COURT