UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

04 JAN -7 PM 12:22

| | |
|---|---|
| BOBBY M. BRYANT | JUDGMENT IN A CIVIL CASE |
| v. | |
| AMERICAN UNITED LIFE INSURANCE COMPANY etal | CASE NO. : 1:02cv1034 |

**DECISION BY THE COURT.** This action came to consideration before the court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in compliance with the Order entered on June 12, 2003, dismissing defendant, FCPI Fru-Con Pala Industrial, and the Order entered on December 18, 2003, dismissing defendant, American United Life Insurance Company, this case is hereby dismissed with prejudice.

APPROVED:

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

1-7-04
DATE

ROBERT R. DI TROLIO
CLERK OF COURT

BY: Evelyn Cheairs
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 1-7-04



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 1:02-CV-01034 was distributed by fax, mail, or direct printing on January 7, 2004 to the parties listed.

---

Terry J. Leonard
LAW OFFICES OF TERRY J. LEONARD
126 West Main St.
P.O. Box 130
Camden, TN 38320

Nancy Matthews
Nancy Matthews
Clerk and Master
Madison County Chancery Court
Jackson,  38301

Beth H. DuPree
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT